**SUPERIOR COURT OF THE DISTRICT OF COLUMBIA**
Civil Division – Small Claims and Conciliation Branch
510 4th Street, N.W., Court Building B, Room 120, Washington, D.C. 20001
Telephone Number: (202) 879-1120 Website: www.dccourts.gov

Case No.: _____

Lucas Wall                                    United States of America
_____        _____
                    *Plaintiff(s)*                            *Defendant(s)*
435 10th St. NE                          USAO Civil Process Clerk  555 4th St., NW

Washington, DC          20002            Washington, DC  **2021 SC3 000681** 20530
_____        _____
*Address*              *Zip Code*   vs.  *Address*              *Zip Code*

Phone No. 202—351—1735

<u>**Notice**</u>

**You are hereby notified that** Lucas Wall _____ **has made a**

**claim and is requesting judgment against you in the sum of** Eight thousand five hundred fifty—six

**dollars ($** 8,556 **), as shown by the attached Statement of Claim.**

**The Court will hold a hearing on this claim on** A Date To Be Determined **in the Small Claims**

**and Conciliation Branch, 510 4th Street, N.W., Court Building B,** Room 119 .

*(Located on 4th Street, NW, between E and F Streets. Closest metro stop: Judiciary Square, Red Line)*

_____
Clerk of the Court or Deputy Clerk
Superior Court of the District of Columbia

This paper is a notice in a lawsuit seeking money damages. If you do not come to the hearing above, a judgment may be entered against you. If you cannot come to the hearing, please contact the Small Claims Clerk's Office immediately for more information. For more information, see the "Instructions to Defendants" page attached to or on the back of the attached Statement of Claim.

• • •

Este documento es un aviso en una demanda que solicita daños monetarios. Si usted no asiste a la audiencia mencionada anteriormente, se puede dictar un fallo en su contra. Si no puede asistir a la audiencia, comuníquese de inmediato con la Oficina del Secretario de Demandas de Menor Cuantía para obtener más información. Para obtener más información, consulte la página "Instrucciones a los Demandados" que se adjunta a la Declaración de Demanda adjunta o al dorso de la misma.

• • •

如需翻译,请打电话 (202) 879-4828       Veuillez appeler au (202) 879-4828 pour une traduction       번역을 원하시면, (202) 879-4828 로 전화주십시요

Để có một bài dịch, hãy gọi (202) 879-4828       የአማርኛ ትርጉም ለማግኘት (202) 879-4828 ይደውሉ

CV-471/Dec. 2018                                                                    Small Claims Form 11

**SUPERIOR COURT OF THE DISTRICT OF COLUMBIA**
Civil Division – Small Claims and Conciliation Branch
510 4th Street, N.W., Court Building B, Room 120, Washington, D.C. 20001
Telephone Number: (202) 879-1120 Website: www.dccourts.gov

Case No.: **2021 SC3 000681**

Lucas Wall

_Plaintiff(s)_

435 10th St. NE

vs.

Internal Revenue Service

_Defendant(s)_

USAO Civil Process Clerk    555 4th St., NW

Washington, DC            20002

Washington, DC            20530

_Address_            _Zip Code_

_Address_            _Zip Code_

Phone No. 202—351—1735

## Notice

**You are hereby notified that** Lucas Wall **has made a claim and is requesting judgment against you in the sum of** Eight thousand five hundred fifty—six **dollars ($** 8,556 **), as shown by the attached Statement of Claim.**

**The Court will hold a hearing on this claim on** A Date To Be Determined **in the Small Claims and Conciliation Branch, 510 4th Street, N.W., Court Building B,** Room 119 .

_(Located on 4th Street, NW, between E and F Streets. Closest metro s_ ~~Judic Sq~~ _d Line)_

Clerk of the Court or Deputy Clerk
Superior Court of the District of Columbia

This paper is a notice in a lawsuit seeking money damages. If you do not come to the hearing above, a judgment may be entered against you. If you cannot come to the hearing, please contact the Small Claims Clerk's Office immediately for more information. For more information, see the "Instructions to Defendants" page attached to or on the back of the attached Statement of Claim.

•••

Este documento es un aviso en una demanda que solicita daños monetarios. Si usted no asiste a la audiencia mencionada anteriormente, se puede dictar un fallo en su contra. Si no puede asistir a la audiencia, comuníquese de inmediato con la Oficina del Secretario de Demandas de Menor Cuantía para obtener más información. Para obtener más información, consulte la página "Instrucciones a los Demandados" que se adjunta a la Declaración de Demanda adjunta o al dorso de la misma.

•••

如需翻译,请打电话 (202) 879-4828     Veuillez appeler au (202) 879-4828 pour une traduction     번역을 원하시면, (202) 879-4828 로 전화주십시요

Để có một bài dịch, hãy gọi (202) 879-4828      የአማርኛ ትርጉም ለማግኘት  (202) 879-4828 ይደውሉ

CV-471/Dec. 2018

Small Claims Form 11

## Instructions to Defendants

*Important*:

**You must come to court on the date and time stated on the Notice to avoid the entry of a judgment by default. If you do not come to court for your hearing, a judgment by default may be entered against you for the amount of money demanded in the Statement of Claim. If that happens, the plaintiff could take money from your paycheck or your bank account, or take and sell your personal property, to pay the claim.**

**If you cannot come to court for your hearing, call the Small Claims Clerk's Office at (202) 879-1120 as soon as you can for more information. You must go to the hearing unless the hearing is continued or cancelled. To find out if your hearing is still scheduled call the Small Claims Clerk's Office. Even if you want to admit the claim, and just need more time to pay, you must still come to court to explain your situation.**

Before any case goes to trial in the Small Claims and Conciliation Branch, a trained mediator will meet with the parties to see if they can agree to a settlement. If the parties cannot reach a settlement with the mediator, then the case can be scheduled for a trial on another day.

If the plaintiff in your case has a lawyer, that lawyer's name and contact information are on the Statement of Claim. You may contact the plaintiff's lawyer about this case. You do not have to have a lawyer, but you may choose to get a lawyer or look for legal advice about this matter.

If you want a lawyer, but cannot afford to pay one, there are many organizations that may be able to help you, including:

- Legal Aid Society of the District of Columbia: (202) 628-1161
- Legal Counsel for the Elderly (if age 60+): (202) 434-2120
- Tzedek DC: (202) 274-7386
- Neighborhood Legal Services Program: (202) 832-6577
- DC Law Students in Court: (202) 638-4798

You may also get help from the Consumer Law Resource Center, or the Small Claims Resource Center. The Consumer Law Resource Center is open on Wednesdays from 9:15 a.m. to 12:00 p.m. The Small Claims Resource Center is open on Thursdays, 9:15 a.m. to 12:00 p.m. Both are located in Room 208, Court Building B, 510 4th Street, N.W., Washington, DC 20001. The resource centers may close their intake early if too many people have already signed in. They must prioritize people with a court hearing scheduled on that day. There is no guarantee that people without hearings on that day will be seen. Arriving early increases your chances of receiving services. Please expect a wait.

If you have witnesses, books, receipts, or other documents that relate to this case, you should bring them with you to court. If you want to have witnesses summoned to come to court, contact the Small Claims Clerk's Office for more information.

When you contact the Small Claims Clerk's Office about your case, remember to include your case number, contact information, and court date. Please know that court employees are not allowed to give you legal advice.

**Puede obtenerse copias de este formulario en Español en el Tribunal Superior del Distrito de Columbia, Edificio B, 510 4th Street, NW, Room 120, Washington, D.C. 20001, o ver: www.dccourts.gov.**

**You can get a copy of this form in Spanish at the Superior Court of the District of Columbia, Building B, 510 4th Street NW, Room 120, Washington, D.C. 20001, or at: www.dccourts.gov.**

Filed
D.C. Superior Court
07/22/2021 08:46PM
Clerk of the Court

SUPERIOR COURT OF THE DISTRICT OF COLUMBIA
Civil Division – Small Claims and Conciliation Branch
510 4th Street, N.W., Court Building B, Room 120, Washington, D.C. 20001
Telephone Number: (202) 879-1120 Website: www.dccourts.gov

Case No.: **2021 SC3 000681**

| Lucas Wall | | | Internal Revenue Service & United States of America | |
|---|---|---|---|---|
| | *Plaintiff(s)* | | | *Defendant(s)* |
| 435 10th St, NE | | VS. | USACI Civil Process Clerk   555 4th St., NW | |
| Washington, DC | 20002 | | Washington, DC | 20530 |
| *Address* | *Zip Code* | | *Address* | *Zip Code* |

Phone No. 202-351-1735

## STATEMENT OF CLAIM

The IRS owes me unpaid tax refunds of $8,435 from 2016 and $121 from 2018. I have written the

IRS several times to collect these refunds, but have not received the money.

See attached documentation.

**Request for Relief:**
$8,556 (plus interest)

State of Florida ___, ss: Lucas Wall _____ being first duly sworn on oath says the foregoing is a just and true statement of the amount owing by the defendant to plaintiff, exclusive of all set-offs and just grounds of defense.

| Lucas Wall | [signature] | 435 10th St., NE | Washington, DC 20002 |
|---|---|---|---|
| *Plaintiff/Agent (Sign and Print Name)* | | *Address* | *City/State/Zip Code* |
| *Title* Plaintiff | | Lucas.Wall@yahoo.com | 202-351-1735 |
| | | *Email* | *Phone No.* |

Subscribed and sworn to before me this 19 day of July, 20 21
(month)

[signature] Amanda Mesle
*(Notary Public or ...)*

| Lucas Wall | Pro Se |
|---|---|
| *Attorney for Plaintiff (Sign and Print Name)* | *Bar No.* |
| 435 10th St., NE | Washington, DC 20002 |
| *Address* | *City/State/Zip Code* |
| Lucas.Wall@yahoo.com | 202-351-1735 |
| *Email* | *Phone No.* |

See the *Instructions to Defendants* on the back of this form, or attached to this form, for ...

[Notary seal: AMANDA MESLE / NOTARY / My Comm. Expires October 30, 2023 / No. GG 928015 / PUBLIC / STATE OF FLORIDA]

| Form **1040A** | Department of the Treasury—Internal Revenue Service **U.S. Individual Income Tax Return** (99) | 2016 | IRS Use Only—Do not write or staple in this space. |
|---|---|---|---|

OMB No. 1545-0074

Your first name and initial: **Lucas E**     Last name: **Wall**

If a joint return, spouse's first name and initial:     Last name:

**Your social security number** [redacted]

**Spouse's social security number** [redacted]

Home address (number and street). If you have a P.O. box, see instructions.   **435 10TH ST NE**   Apt. no.

City, town or post office, state, and ZIP code. If you have a foreign address, also complete spaces below (see instructions).   **WASHINGTON DC 20002**

Foreign country name     Foreign province/state/county     Foreign postal code

▲ Make sure the SSN(s) above and on line 6c are correct.

**Presidential Election Campaign**
Check here if you, or your spouse if filing jointly, want $3 to go to this fund. Checking a box below will not change your tax or refund.   ☒ You   ☐ Spouse

**Filing status**
Check only one box.
1 ☒ Single
2 ☐ Married filing jointly (even if only one had income)
3 ☐ Married filing separately. Enter spouse's SSN above and full name here. ▶
4 ☐ Head of household (with qualifying person). See instructions. If the qualifying person is a child but not your dependent, enter this child's name here. ▶
5 ☐ Qualifying widow(er) with dependent child (see instructions)

**Exemptions**

6a ☒ Yourself. If someone can claim you as a dependent, do not check box 6a.
b ☐ Spouse

| c Dependents: | (2) Dependent's social security number | (3) Dependent's relationship to you | (4) ✓ if child under age 17 qualifying for child tax credit (see instructions) |
|---|---|---|---|
| (1) First name   Last name | | | |
| | | | |
| | | | |
| | | | |
| | | | |

If more than six dependents, see instructions.

Boxes checked on 6a and 6b   **1**
No. of children on 6c who:
• lived with you
• did not live with you due to divorce or separation (see instructions)
Dependents on 6c not entered above
Add numbers on lines above ▶   **1**

d Total number of exemptions claimed.

**Income**

Attach Form(s) W-2 here. Also attach Form(s) 1099-R if tax was withheld.

If you did not get a W-2, see instructions.

| 7 | Wages, salaries, tips, etc. Attach Form(s) W-2. | | 7 | 25,533. |
|---|---|---|---|---|
| 8a | Taxable interest. Attach Schedule B if required. | | 8a | |
| b | Tax-exempt interest. Do not include on line 8a. | 8b | | |
| 9a | Ordinary dividends. Attach Schedule B if required. | | 9a | |
| b | Qualified dividends (see instructions). | 9b | | |
| 10 | Capital gain distributions (see instructions). | | 10 | |
| 11a | IRA distributions. 11a | 11b Taxable amount (see instructions). | 11b | |
| 12a | Pensions and annuities. 12a | 12b Taxable amount (see instructions). | 12b | |
| 13 | Unemployment compensation and Alaska Permanent Fund dividends. | | 13 | |
| 14a | Social security benefits. 14a 25,152. | 14b Taxable amount (see instructions). | 14b | 7,993. |
| 15 | Add lines 7 through 14b (far right column). This is your **total income**. ▶ | | 15 | 33,526. |

**Adjusted gross income**

| 16 | Educator expenses (see instructions). | 16 | |
|---|---|---|---|
| 17 | IRA deduction (see instructions). | 17 | |
| 18 | Student loan interest deduction (see instructions). | 18 | |
| 19 | Tuition and fees. Attach Form 8917. | 19 | |
| 20 | Add lines 16 through 19. These are your **total adjustments**. | 20 | |
| 21 | Subtract line 20 from line 15. This is your **adjusted gross income**. ▶ | 21 | 33,526. |

For Disclosure, Privacy Act, and Paperwork Reduction Act Notice, see separate instructions.   BAA   REV 09/22/16 TTW   Form **1040A** (2016)

Form 1040A (2016)                                                                                                          Page 2

| Tax, credits, and payments | 22 | Enter the amount from line 21 (adjusted gross income). | 22 | 33,526. |
|---|---|---|---|---|
| | 23a | Check { ☐ You were born before January 2, 1952.  ☐ Blind } Total boxes if: { ☐ Spouse was born before January 2, 1952. ☐ Blind } checked ► 23a ☐ | | |
| | b | If you are married filing separately and your spouse itemizes deductions, check here ► 23b ☐ | | |
| **Standard Deduction for -** | 24 | Enter your standard deduction. | 24 | 6,300. |
| • People who check any box on line 23a or 23b or who can be claimed as a dependent, see instructions. | 25 | Subtract line 24 from line 22. If line 24 is more than line 22, enter -0-. | 25 | 27,226. |
| | 26 | Exemptions. Multiply $4,050 by the number on line 6d. | 26 | 4,050. |
| | 27 | Subtract line 26 from line 25. If line 26 is more than line 25, enter -0-. This is your taxable income. | ► 27 | 23,176. |
| • All others: Single or Married filing separately, $6,300 | 28 | Tax, including any alternative minimum tax (see instructions). 28 | 3,013. | |
| Married filing jointly or Qualifying widow(er), $12,600 | 29 | Excess advance premium tax credit repayment. Attach Form 8962. 29 | | |
| Head of household, $9,300 | 30 | Add lines 28 and 29. | 30 | 3,013. |
| | 31 | Credit for child and dependent care expenses. Attach Form 2441. 31 | | |
| | 32 | Credit for the elderly or the disabled. Attach Schedule R. 32 | | |
| | 33 | Education credits from Form 8863, line 19. 33 | | |
| | 34 | Retirement savings contributions credit. Attach Form 8880. 34 | | |
| | 35 | Child tax credit. Attach Schedule 8812, if required. 35 | | |
| | 36 | Add lines 31 through 35. These are your total credits. | 36 | |
| | 37 | Subtract line 36 from line 30. If line 36 is more than line 30, enter -0-. | 37 | 3,013. |
| | 38 | Health care: individual responsibility (see instructions). Full-year coverage ☒ | 38 | |
| | 39 | Add line 37 and line 38. This is your total tax. | 39 | 3,013. |
| | 40 | Federal income tax withheld from Forms W-2 and 1099. 40 | 11,448. | |
| **If you have a qualifying child, attach Schedule EIC.** | 41 | 2016 estimated tax payments and amount applied from 2015 return. 41 | | |
| | 42a | Earned income credit (EIC).                  No 42a | | |
| | b | Nontaxable combat pay election. 42b | | |
| | 43 | Additional child tax credit. Attach Schedule 8812. 43 | | |
| | 44 | American opportunity credit from Form 8863, line 8. 44 | | |
| | 45 | Net premium tax credit. Attach Form 8962. 45 | | |
| | 46 | Add lines 40, 41, 42a, 43, 44, and 45. These are your total payments. | ► 46 | 11,448. |
| **Refund** | 47 | If line 46 is more than line 39, subtract line 39 from line 46. This is the amount you overpaid. | 47 | 8,435. |
| **Direct deposit?** See instructions and fill in 48b, 48c, and 48d or Form 8888. | 48a | Amount of line 47 you want refunded to you. If Form 8888 is attached, check here ► ☐ | 48a | 8,435. |
| | b | Routing number ▬▬▬▬▬▬  ► c Type: ☒ Checking  ☐ Savings | | |
| | d | Account number ▬▬▬▬▬▬ ☐☐☐☐ | | |
| | 49 | Amount of line 47 you want applied to your 2017 estimated tax. 49 | | |
| **Amount you owe** | 50 | Amount you owe. Subtract line 46 from line 39. For details on how to pay, see instructions. | ► 50 | |
| | 51 | Estimated tax penalty (see instructions). 51 | | |

| Third party designee | Do you want to allow another person to discuss this return with the IRS (see instructions)? ☐ Yes. Complete the following. ☒ No |
|---|---|
| | Designee's name ► _____  Phone no. ► _____  Personal identification number (PIN) ► _____ |

**Sign here**

Under penalties of perjury, I declare that I have examined this return and accompanying schedules and statements, and to the best of my knowledge and belief, they are true, correct, and accurately list all amounts and sources of income I received during the tax year. Declaration of preparer (other than the taxpayer) is based on all information of which the preparer has any knowledge.

Joint return? See instructions. Keep a copy for your records.

| Your signature | *Lucas Wall* | Date 4-13-20 | Your occupation Disabled | Daytime phone number. (202) 351-1735 |
|---|---|---|---|---|
| Spouse's signature. If a joint return, both must sign. | | Date | Spouse's occupation | If the IRS sent you an Identity Protection PIN, enter it here (see inst.) |

| Paid preparer use only | Print/type preparer's name | Preparer's signature | Date | Check ☐ if self-employed | PTIN |
|---|---|---|---|---|---|
| | Firm's name ► **Self-Prepared** | | | Firm's EIN ► | |
| | Firm's address ► | | | Phone no. | |

REV 03/22/18 TTW

Form **1040A** (2016)

Copy C-To Be Filed With Employee's FEDERAL Tax Return.    Tax Year 2016

RELIANCE STANDARD LIFE INS. CO.
CLAIMS
2001 MARKET STREET SUITE 1500
PHILADELPHIA, PA 19103-7090
800-351-7500

LUCAS E WALL
810 M ST NW
APT 504
WASHINGTON, DC 20001

**Long-Term Disability
Lump-Sum Claim Award:
2012: $ 9,066.53
2013: $16,884.09
2014: $25,532.52
2015: $25,532.52
2016: $25,532.52

---

Copy 2-To Be Filed With Employee's State, City, or Local Income Tax Return.    Tax Year 2016

RELIANCE STANDARD LIFE INS. CO.
CLAIMS
2001 MARKET STREET SUITE 1500
PHILADELPHIA, PA 19103-7090
800-351-7500

LUCAS E WALL
810 M ST NW
APT 504
WASHINGTON, DC 20001

**Long-Term Disability
Lump-Sum Claim Award:
2012: $ 9,066.53
2013: $16,884.09
2014: $25,532.52
2015: $25,532.52
2016: $25,532.52

**RELIANCE STANDARD**

Administrative Office
2001 Market Street, Suite 1500
Philadelphia, PA 19103-7090
800-351-7500, ext. 4140

Lucas E. Wall
Claim Number
American Association of State Highway

Check No.

Payable Through WEB, N.A.
Wilmington, DE

Date:   04/18/2016

Will Pay
The Sum Of:   **SEVENTY ONE THOUSAND EIGHT HUNDRED SIXTY FOUR AND**
50/100  Dollars

******71,864.50

Not Negotiable After 180 Days.

Lucas E. Wall
910 M st NW
Apt 504
Washington DC 20001

AUTHORIZED SIGNATURE

AUTHORIZED SIGNATURE

---

**RELIANCE STANDARD**
LIFE INSURANCE COMPANY
A MEMBER OF THE DELPHI FINANCIAL GROUP

Check No.

Policy:               American Association of State Highway and Transpor
Claim Number:                      Examiner: Adams, Marcia A.

This is your first payment.
Benefits are payable after an elimination period of 0090 days plus any periods
of interruption
This payment or voucher covers the period 06/19/2012 to 04/19/2016
Your benefit for the period 06/19/2012 to 04/19/2016 is $71864.50 based
on your plan.

Your Monthly benefit is reduced by:
 State Disability Benefit     $17192.96 for the period 06/19/2012 to 11/19/2013
 Approved Primary Social S    $87017.20 for the period 08/19/2012 to 04/19/2016
The following taxes have been deducted:
 FIT Withheld                 $9752.00 for the period 06/19/2012 to 04/19/2016
 State Tax Withheld           $3910.00 for the period 06/19/2012 to 04/19/2016
Your check amount is: $71864.50

Mail To:
Wall,Lucas
910 M st NW
Apt 504
Washington DC 20001

Plaintiff's Exhibit 2

# LUCAS WALL

435 10th St., NE
Washington, DC 20002-6110
*Phone: 202-351-1735*
*E-Mail: Lucas.Wall@yahoo.com*

November 1, 2020

Department of the Treasury
Internal Revenue Service
Kansas City, MO 64999-0010

Dear IRS:

This letter responds to your erroneous notice dated July 27, 2020, falsely claiming I somehow owe $22,256.97 in taxes for 2016 plus failure-to-file penalty, failure-to-pay-proper-estimated-tax penalty, failure-to-pay penalty, and interest. In fact, you owe me a refund of $8,435 as clearly indicated on my 2016 Form 1040A.

You stated you changed my Form 1040A but did not explain any of the changes you made or the reasons for such changes. It's clear by reviewing my Form 1040 that you owe me a refund of $8,435, which I have been waiting on since filing my 2016 tax return April 13, 2020.

I'm guessing – since you have failed to explain anything to me – there is confusion about my lump-sum payment for long-term disability benefits from Reliance Standard Life Insurance Co. It took me several years to obtain these benefits, which were finally issued April 18, 2016. As you can see from the letter from RSLI dated April 18, 2016, these benefits represent money due to me from June 19, 2012, to April 19, 2016. This covers five tax years: 2012, 2013, 2014, 2015, and 2016.

This is restated clearly on the lump-sum benefits check I was issued by RSLI on April 18, 2016: "This voucher covers the period 06/19/2012 to 04/19/2016." Only the amount paid to me for 2016 benefits in 2016 is taxable for tax year 2016. This is clearly indicated on my Form W-2 received from RSLI. My 2016 benefits paid were $25,532.52 – and that's the amount I used on my Form 1040A Line 7.

Please review the attached documentation and pay my $8,435 refund immediately. It is crazy for you to try to charge me the outrageous some of $22,256.97 when you actually owe me a refund. I am a disabled American with very little income – RSLI long-term disability benefits and Social Security disability benefits. This is infuriating to attempt to be scammed by the government. I look forward to you correcting your error ASAP and direct depositing my refund into my Wells Fargo checking account as indicated on my 2016 Form 1040A.

Thank you for your assistance resolving this terrible mistake. If you need to discuss this matter with me, please call 202-351-1735.

Yours truly,

Lucas Wall

2

# File by Mail Instructions for your 2016 Federal Tax Return
Important: Your taxes are not finished until all required steps are completed.

(If you prefer, you can still e-file. Go to the end of these instructions for more information.)

Lucas E Wall
435 10TH ST NE
WASHINGTON, DC 20002

| | |
|---|---|
| Balance Due/ Refund | Your federal tax return (Form 1040A) shows you are due a refund of $8,435.00. Your refund will be direct deposited into the following account: Account Number: ███████████ , Routing Transit Number: ██████████ |
| What You Need to Mail | Your tax return - The official return for mailing is included in this printout. Remember to sign and date the return. |
| | Attach the first copy or Copy B of Form(s) W-2 to the front of your Form 1040A. |
| | Mail your return and attachments to: Department of the Treasury Internal Revenue Service Kansas City, MO 64999-0015 |
| | Deadline: Postmarked by Tuesday, April 18, 2017 |
| | Note: Your state return may be due on a different date. Please review your state filing instructions. |
| | Don't forget correct postage on the envelope. |
| What You Need to Keep | Keep these instructions and a copy of your return for your records. If you did not print one before closing TurboTax, go back to the program and select File tab, then select the Print for Your Records category. |
| 2016 Federal Tax Return Summary | Adjusted Gross Income        $        33,526.00 Taxable Income               $        23,176.00 Total Tax                    $         3,013.00 Total Payments/Credits       $        11,448.00 Amount to be Refunded        $         8,435.00 Effective Tax Rate                       9.99% |
| Changed Your Mind About e-filing? | You can still file electronically. Just go back to TurboTax, select the File tab, then select the E-file category. We'll walk you through the process. Once you file, we will let you know if your return is accepted (or rejected) by the Internal Revenue Service. |

**Form 1040A** — Department of the Treasury — Internal Revenue Service

**U.S. Individual Income Tax Return** 2016

Your first name and initial: **Lucas B**
Last name: **Wall**

Home address: **438 10TH ST NE**

City: **WASHINGTON DC 20002**

**Filing status**
1. ☒ Single
2. ☐ Married filing jointly (even if only one had income)
3. ☐ Married filing separately. Enter spouse's SSN above and full name here. ►
4. ☐ Head of household (with qualifying person). If the qualifying person is a child but not your dependent, enter this child's name here. ►
5. ☐ Qualifying widow(er) with dependent child (see instructions)

**Exemptions**
6a. ☒ Yourself. If someone can claim you as a dependent, do not check box 6a.
b. ☐ Spouse
c. Dependents:
d. Total number of exemptions claimed.

Boxes checked on 6a and 6b: **1**

**Income**

Attach Form(s) W-2 here. Also attach Form(s) 1099-R if tax was withheld.

| Line | Description | | Amount |
|---|---|---|---|
| 7 | Wages, salaries, tips, etc. Attach Form(s) W-2. | 7 | 25,533. |
| 8a | Taxable interest. Attach Schedule B if required. | 8a | |
| 8b | Tax-exempt interest. Do not include on line 8a. | | |
| 9a | Ordinary dividends. Attach Schedule B if required. | 9a | |
| 9b | Qualified dividends (see instructions). | | |
| 10 | Capital gain distributions (see instructions). | 10 | |
| 11a | IRA distributions. | 11b Taxable amount (see instructions) | 11b |
| 12a | Pensions and annuities. | 12b Taxable amount (see instructions) | 12b |
| 13 | Unemployment compensation and Alaska Permanent Fund dividends. | 13 | |
| 14a | Social security benefits. 14a  25,152. | 14b Taxable amount (see instructions). | 14b  7,993. |
| 15 | Add lines 7 through 14b (far right column). This is your total income. ► | 15 | 33,526. |

**Adjusted gross income**

| Line | Description | Amount |
|---|---|---|
| 16 | Educator expenses (see instructions). | 16 |
| 17 | IRA deduction (see instructions). | 17 |
| 18 | Student loan interest deduction (see instructions). | 18 |
| 19 | Tuition and fees. Attach Form 8917. | 19 |
| 20 | Add lines 16 through 19. These are your total adjustments. | 20 |
| 21 | Subtract line 20 from line 15. This is your adjusted gross income. ► | 21  33,526. |

For Disclosure, Privacy Act, and Paperwork Reduction Act Notice, see separate instructions.

BAA

Form 1040A (2016)

Page 2

Form 1040A (2016)

| | | | | |
|---|---|---|---|---|
| Tax, credits, and payments | 22 | Enter the amount from line 21 (adjusted gross income). | 22 | 33,526. |
| | 23a | Check if: ☐ You were born before January 2, 1952, ☐ Blind ☐ Total boxes | | |
| | | ☐ Spouse was born before January 2, 1952, ☐ Blind ☐ checked ▶ 23a ☐ | | |
| | b | If you are married filing separately and your spouse itemizes deductions, check here. ▶ 23b ☐ | | |

**Standard Deduction for —**

| | | | | |
|---|---|---|---|---|
| | 24 | Enter your standard deduction. | 24 | 6,300. |
| • People who check any box on line 23a or 23b or who can be claimed as a dependent, see instructions. | 25 | Subtract line 24 from line 22. If line 24 is more than line 22, enter -0-. | 25 | 27,226. |
| | 26 | Exemptions. Multiply $4,050 by the number on line 6d. | 26 | 4,050. |
| • All others: | 27 | Subtract line 26 from line 25. If line 26 is more than line 25, enter -0-. This is your **taxable income**. ▶ | 27 | 23,175. |
| | 28 | Tax, including any alternative minimum tax (see instructions). 28 | | 3,013. |
| | 29 | Excess advance premium tax credit repayment. Attach Form 8962. 29 | | |
| | 30 | Add lines 28 and 29. | 30 | 3,013. |
| | 31 | Credit for child and dependent care expenses. Attach Form 2441. 31 | | |
| | 32 | Credit for the elderly or the disabled. Attach Schedule R. 32 | | |
| | 33 | Education credits from Form 8863, line 19. 33 | | |
| | 34 | Retirement savings contributions credit. Attach Form 8880. 34 | | |
| | 35 | Child tax credit. Attach Schedule 8812, if required. 35 | | |
| | 36 | Add lines 31 through 35. These are your **total credits**. | 36 | |
| | 37 | Subtract line 36 from line 30. If line 36 is more than line 30, enter -0-. | 37 | 3,013. |
| | 38 | Health care: individual responsibility (see instructions). Full-year coverage ☒ 38 | | |
| | 39 | Add line 37 and line 38. This is your **total tax**. | 39 | 3,013. |
| | 40 | Federal income tax withheld from Forms W-2 and 1099. 40 | 11,448. | |

| | | | | |
|---|---|---|---|---|
| If you have a qualifying child, attach Schedule EIC. | 41 | 2016 estimated tax payments and amount applied from 2015 return. 41 | | |
| | 42a | Earned income credit (EIC). No 42a | | |
| | b | Nontaxable combat pay election. 42b | | |
| | 43 | Additional child tax credit. Attach Schedule 8812. 43 | | |
| | 44 | American opportunity credit from Form 8863, line 8. 44 | | |
| | 45 | Net premium tax credit. Attach Form 8962. 45 | | |
| | 46 | Add lines 40, 41, 42a, 43, 44, and 45. These are your **total payments**. ▶ | 46 | 11,448. |

| Refund | 47 | If line 46 is more than line 39, subtract line 39 from line 46. This is the amount you **overpaid**. | 47 | 8,435. |
|---|---|---|---|---|
| Direct deposit? | 48a | Amount of line 47 you want **refunded to you**. If Form 8888 is attached, check here ▶ ☐ 48a | | 8,435. |
| | ▶ b | Routing number ▬▬▬▬▬ ▶ c Type ☒ Checking ☐ Savings | | |
| | ▶ d | Account number ▬▬▬▬▬ | | |
| | 49 | Amount of line 47 you want **applied to your 2017 estimated tax**. 49 | | |

$8,435
refund due

| Amount you owe | 50 | Amount you owe. Subtract line 46 from line 39. For details on how to pay, see instructions. ▶ | 50 | |
|---|---|---|---|---|
| | 51 | Estimated tax penalty (see instructions). 51 | | |

| Third party designee | Do you want to allow another person to discuss this return with the IRS (see instructions)? ☐ Yes. Complete the following. ☒ No | | | |
|---|---|---|---|---|
| | Designee's name ▶ | Phone no. ▶ | Personal identification number (PIN) ▶ | |

| Sign here | Under penalties of perjury, I declare that I have examined this return and accompanying schedules and statements, and to the best of my knowledge and belief, they are true, correct, and complete. Declaration of preparer (other than the taxpayer) is based on all information of which the preparer has any knowledge. | | | |
|---|---|---|---|---|
| Joint return? See instructions. Keep a copy for your records. | Your signature *Lucar Wall* | Date 4/13/20 | Your occupation disabled | Daytime phone number (802) 351-1735 |
| | Spouse's signature. If a joint return, both must sign. | Date | Spouse's occupation | If the IRS sent you an Identity Protection PIN, enter it here (see inst.) |

| Paid preparer use only | Print/Type preparer's name | Preparer's signature | Date | Check ☐ if self-employed | PTIN |
|---|---|---|---|---|---|
| | Firm's name ▶ Self-Prepared | | | Firm's EIN ▶ | |
| | Firm's address ▶ | | | Phone no. | |

Copy B To Be Filed With Employee's FEDERAL Tax Return.                    2016

Copy 2 To Be Filed With Employee's State, City, or Local Income Tax Return.    2016

RELIANCE STANDARD LIFE INS. CO
CLAIMS
2001 MARKET STREET SUITE 1500
PHILADELPHIA, PA 19103-7090
XXX-XX-7909

**Long-Term Disability
Lump-Sum Claim Award:
2013: $ 9,066.51
2013: $15,894.09
2014: $25,527.52
2015: $25,531.53
2016: $25,532.52

LUCAS E WALL
919 M ST NW
APT 504
WASHINGTON, DC 20001

RELIANCE STANDARD LIFE INS. CO
CLAIMS
2001 MARKET STREET SUITE 1500
PHILADELPHIA, PA 19103-7090
XXX-XX-7909

**Long-Term Disability
Lump-Sum Claim Award:
2013: $ 9,066.51
2013: $15,894.09
2014: $25,527.52
2015: $25,531.53
2016: $25,532.52

LUCAS E WALL
919 M ST NW
APT 504
WASHINGTON, DC 20001



# RELIANCE STANDARD
## LIFE INSURANCE COMPANY
A MEMBER OF THE TOKIO MARINE GROUP

P.O. Box #3300
PHILADELPHIA  PA 19101-3300
(800) 351-7500
Fax (267) 256-4692

April 18, 2016

Lucas Wall
910 M St NW
Apt 504
Washington, DC 20001

Re: Claimant:        Lucas J. Wall
    Policy No:
    Claim No:
    Policyholder:     American Association of State Highway and Transportation Officials

Dear Lucas Wall:

Reliance Standard Life Insurance Company is pleased to be of service to you. Your claim for Long Term Disability (LTD) benefits has been approved for both physical and mental health conditions.

Based on the information received, it appears that you have met the group policy's definition of Total Disability. Please note that benefits commence after an Elimination Period of 90 days and are payable monthly in arrears. As your disability began on March 30, 2012, your Elimination Period was satisfied on June 19, 2012. Under separate cover, you will receive your initial LTD payment in the amount of $71,864.50 (after your elected tax withholdings) representing benefits due from June 19, 2012 to April 19, 2016.  2012, 2013, 2014, 2015, 2016

You can expect future benefits on or about the 19th day of each month provided that you remain Totally Disabled as defined by the group policy. Your benefit was calculated in the following manner:

| | |
|---|---|
| Covered Monthly Earnings | $6,874.52 |
| Monthly Benefit @ 60 % of Monthly Salary | $4,124.71 |
| Offset: Approved Primary Social Security | -$1,997.00 |
| Federal Tax | -$212.00 |
| State Tax | -$85.00 |
| Net Monthly Benefit (after tax elections) | $1,830.71 |

This group policy limits benefits for a Total Disability caused by or contributed to by mental or nervous disorders will not be payable beyond an aggregate lifetime maximum duration of twenty-four (24) months unless the Insured is in a Hospital or Institution at the end of the

exceeds four (4) months or not. The Monthly Benefit will be payable while so confined, but not beyond the Maximum Duration of Benefits.

Mental or Nervous Disorders are defined to include disorders which are diagnosed to include a condition such as:

(1) bipolar disorder (mania, depressive syndrome);
(2) schizophrenia;
(3) delusional (paranoid) disorders;
(4) psychotic disorders;
(5) depressive disorders;
(6) anxiety disorders;
(7) somatoform disorders (psychosomatic illness);
(8) name disorder; or
(9) mental illness.

In the Independent Medical Examination performed by Dr. Barnes on March 2, 2016, he diagnosed you to have Anxiety and Depression in addition to your Non-24-hour sleep-wake disorder and an irregular sleep rhythm dysfunction. Therefore the Policy limitation of LTD benefit has been applied from the dates of June 19, 2012 through June 19, 2014. Beyond the date of June 19, 2014, a Total Disability must be based solely upon physical medical conditions, as absence of any mental health factors).

Your group policy further provides that in order to be eligible for Long Term Disability Benefits beyond 36 months, you must be totally disabled from performing the material duties of Any Occupation. Any Occupation means that the Insured's education, training or experience will reasonably allow. The medical evidence reflects that your diagnosis of Non-24-hour sleep-wake disorder and severe circadian rhythm dysfunction prevents you from the ability to perform Any Occupation as of June 19, 2015 and ongoing.

You will be required to provide periodic claimant statements and continued medical documentation for continuing Long Term Disability benefits. You will notified when an update to your claim file is required.

Reliance Standard Life Insurance Company offers various rehabilitation services for eligible individuals. Our disability policies are designed to help create a smooth and clear path from disability to gainful re-employment. In order to help you evaluate your options, please see the enclosed information related to our rehabilitation services.

Should your disability or work status change, please notify us immediately. If you have any questions, please do not hesitate to contact us at 1-800-351-7500.

Sincerely,

*Marcus A. Adams*

Marcus A. Adams
LTD Claims Department

RELIANCE STANDARD

Administration Office
2001 Market Street, Suite 1500
Philadelphia, PA 19103-7000
800-351-7500, ext. 8145

Check No.

Lucas E. Wall
Claim Number:
American Association of State Highway

Payable Through WBR, N.A.
Wilmington, DE

Date:   04/18/2018

Will Pay
The Sum Of   **SEVENTY ONE THOUSAND EIGHT HUNDRED SIXTY FOUR AND**
$50/100 Dollars

******71,864.50

Not Regotiable After 180 Days

Lucas E. Wall
810 M st NW
Apt 504
Washington DC 20001

RELIANCE STANDARD

Check No.

Policy:
Claim Number:                              American Association of State Highway and Transpor
                                           Examiner: Adams, Marcia A.

This is your first payment.
Benefits are payable after an elimination period of 0090 days plus any periods
of interruption
This payment or voucher covers the period 08/19/2012 to 04/19/2016
Your benefit for the period 08/19/2012 to 04/19/2016 is $71864.50 based
on your plan.

*2012, 2013, 2014, 2015, 2016*

Your Monthly benefit is reduced by:
   State Disability Benefit        $17192.96 for the period 08/19/2012 to 11/19/2013
   Approved Primary Social S       $87037.20 for the period 08/19/2012 to 04/19/2016
The following taxes have been deducted:
   FIT Withheld                    $0752.00 for the period 08/19/2012 to 04/19/2016
   State Tax Withheld              $3919.00 for the period 08/19/2012 to 04/19/2016
Your check amount is: $71864.50

Mail To:
Wall, Lucas
810 M st NW
Apt 504
Washington DC 20001



Department of the Treasury
Internal Revenue Service
Kansas City, MO 64999-0010

**IRS**

| | |
|---|---|
| Notice | CP22A |
| Tax Year | 2016 |
| Notice date | July 27, 2020 |
| Social Security number | |
| To contact us | 800-829-0922 |
| Your Caller ID | 776785 |
| Page 1 of 6 | 291 |

098849.933230.97031.39609 X AB 0.419 864



LUCAS E WALL
435 10TH ST NE
WASHINGTON DC 20002-6119

098849

_(handwritten)_ Wt al chages? You dont list any changes

**Changes to your 2016 Form 1040A**

**Amount due: $22,256.97** _(handwritten)_ wrag - YoYo we ne refund of $8,435

Based on the information you provided, we _(handwritten)_ ?
changed your 2016 Form 1040A to correct
your:

* Income from wages, salaries, tips, etc.

As a result, you owe $22,256.97. _(handwritten)_ wrong

If you already have an installment or payment
agreement in place for this tax year, then
continue with that agreement.

**Billing Summary**

| | |
|---|---|
| Increase in tax | _(handwritten crossed out)_ $94,285.00 |
| Increase in credit for tax withheld | -11,448.09 |
| Increase in failure-to-file penalty | -3,603.57 |
| Increase in failure to pay proper estimated tax penalty | -290.78 |
| Increase in failure-to-pay penalty | 2,087.39 |
| Increase in interest | 2,018.? |
| Amount due by August 17, 2020 | $22,256.97 |

_(handwritten)_ to be refunded  $8,435

**What you need to do immediately**

If you agree with the changes we made
* Pay the amount due of $22,256.97 by August 17, 2020 to avoid additional interest
  and applicable penalty charges.

_(handwritten)_ I disagree. You failed
to explain any of the changes.
You owe me $8,435 refund.

Continued on back...

**IRS**

LUCAS E WALL
435 10TH ST NE
WASHINGTON DC 20002-6119

| | |
|---|---|
| Notice | CP22A |
| Notice date | July 27, 2020 |
| Social Security number | |

**Payment**

* Make your check or money order payable to the United States Treasury.
* Write your Social Security number ____, the tax year (2016), and the form
  number (1040A) on your payment and any correspondence.

Amount due by August 17, 2020 _(handwritten)_ Amount of refund owed

_(handwritten in box)_ $8,435  $22,256.97

INTERNAL REVENUE SERVICE
KANSAS CITY, MO 64999-0010

WALL

| Notice | CP22A |
|---|---|
| Tax Year | 2016 |
| Notice date | July 27, 2020 |
| Social Security number | ▓▓▓ |
| Page 4 of 6 | 293 |

## Penalties — continued

We assess a 1/2% monthly penalty for not paying the tax you owe by the due date. We base the monthly penalty for paying late on the net unpaid tax at the beginning of each penalty month following the payment due date for that tax. This penalty applies even if you filed the return on time. We charge the penalty for each month or part of a month the payment is late; however, the penalty can't be more than 25% in total.
* The due date for payment of the tax shown on a return generally is the return due date, without regard to extensions.
* The due date for paying increases in tax is within 21 days of the date of our notice demanding payment (10 business days if the amount in the notice is $100,000 or more).

If we issue a Notice of Intent to Levy and you don't pay the balance due within 10 days of the date of the notice, the penalty for paying late increases to 1% per month. For individuals who filed on time, the penalty decreases to 1/4% per month while an approved installment agreement with the IRS is in effect for payment of that tax. (Internal Revenue Code section 6651)

Note: The penalty amount shown here may differ from the amount shown on Page 1. The computation shown here may include late payment penalty or amounts due before the adjustment.

## Removal or reduction of penalties

We understand that circumstances—such as a serious illness or injury, a family member's death, or loss of financial records due to natural disaster—may make it difficult for you to meet your taxpayer responsibility in a timely manner.

We can generally process your request for penalty removal or reduction quicker if you contact us at the number listed above with the following information:
* Identify which penalty charges you would like us to reconsider (e.g., 2016 late filing penalty).
* For each penalty charge, explain why you believe it should be reconsidered.

If you write us, include a signed statement and supporting documentation for penalty abatement request.

We'll review your statement and let you know whether we accept your explanation as reasonable cause to reduce or remove the penalty charge(s).

I do not owe any penalties
IRS owes me refund of $18,435!

| Notice | CP22A |
|---|---|
| Tax Year | 2016 |
| Notice date | July 27, 2020 |
| Social Security number | |
| Page 5 of 6 | 29H |

## Penalties — continued

**Removal of penalties due to erroneous written advice from the IRS**

If you were penalized based on written advice from the IRS, we will remove the penalty if you meet the following criteria:

* You wrote us asking for written advice on a specific issue.
* You gave us adequate and accurate information.
* You received written advice from us.
* You relied on our written advice and were penalized based on that advice.

To request removal of penalties based on erroneous written advice from us, submit a completed Claim for Refund and Request for Abatement (Form 843) to the address shown above. For a copy of the form, go to www.irs.gov or call 800-TAX-FORM (800-829-3676).

## Interest charges

We are required by law to charge interest when you do not pay your liability on time. Generally, we calculate interest from the due date of your return (regardless of extensions) until you pay the amount you owe in full, including accrued interest and any penalty charges. Interest on some penalties accrues from the date we notify you of the penalty until it is paid in full. Interest on other penalties, such as failure to file a tax return, starts from the due date or extended due date of the return. Interest rates are variable and may change quarterly. (Internal Revenue Code section 6601)

Note: The interest amount shown here may differ from the amount shown on Page 1. The computation shown here may include interest charges on amounts due before the adjustment.

| Period | Days | Interest rate | Interest factor | Amount due | Interest charge |
|---|---|---|---|---|---|
| 04/15/2017 – 06/30/2017 | 76 | 4.0% | 0.008363088 | $16,460.32 | $137.66 |
| 06/30/2017 – 12/31/2017 | 184 | 4.0% | 0.020362931 | 16,597.98 | 338.97 |
| 12/31/2017 – 03/31/2018 | 90 | 4.0% | 0.009911203 | 16,936.95 | 167.86 |
| 03/31/2018 – 06/30/2018 | 91 | 5.0% | 0.012542810 | 17,103.91 | 214.53 |
| 06/30/2018 – 12/31/2018 | 184 | 5.0% | 0.025524053 | 17,318.44 | 442.04 |
| 12/31/2018 – 03/31/2019 | 90 | 6.0% | 0.014903267 | 17,760.48 | 264.69 |
| 03/31/2019 – 06/30/2019 | 91 | 6.0% | 0.015070191 | 18,025.17 | 271.64 |
| 06/30/2019 – 12/31/2019 | 184 | 5.0% | 0.025524053 | 18,296.81 | 467.01 |
| 12/31/2019 – 06/30/2020 | 182 | 5.0% | 0.025173319 | 18,763.82 | 472.35 |
| 06/30/2020 – 07/27/2020 | 27 | 3.0% | 0.002215475 | 19,236.17 | 42.67 |

**Total interest**

We multiply your unpaid tax, penalties, and interest (the amount due) by the interest rate factor to determine the interest due.

*[handwritten: WRONG]*

## Additional information

* Visit www.irs.gov/cp22a
* For tax forms, instructions, and publications, visit www.irs.gov or call 800-TAX-FORM (800-829-3676).
* Paying online is convenient, secure, and ensures timely receipt of your payment. To pay your taxes online or for more information, go to www.irs.gov/payments.

*[handwritten: I don't owe any interest 4-4 should pay me interest on my $8,435 refund you have failed to pay.]*

Continued on back...

| | |
|---|---|
| Notice | CP22A |
| Tax Year | 2016 |
| Notice date | July 27, 2020 |
| Social Security number | |
| Page 2 of 6 | 294 |

**What you need to do immediately— continued**

If you agree with the changes we made — continued
- Pay online or mail a check or money order with the attached payment stub.
- You can pay online now at www.irs.gov/payments.

**If you don't agree with the changes**
Call 800-829-0922 to review your account with a representative. Be sure you have your account information available when you call.

We'll assume you agree with the information in this notice if we don't hear from you.

**Payment options**

*Send my refund! we direct deposit please* (handwritten)

Pay online, by phone, or with a mobile device. Visit IRS.gov/payments or the IRS2Go mobile app for all IRS payment options.

If you plan to mail a payment, consider the electronic options at IRS.gov/payments first. It's free to pay from a bank account (Direct Pay) or the Electronic Federal Tax Payment System (EFTPS). You can also schedule payments and receive email notifications.

If you pay by check, money order, or cashier's check, make sure it's payable to the U.S. Treasury.

Can't pay it all now?
- Apply for a payment plan (installment agreement) at IRS.gov/OPA
- Consider an offer in compromise at IRS.gov/OIC.
- Request a temporary collection delay at IRS.gov/tempcollectiondelay

To view the amount you owe and your payment history visit IRS.gov/account.

**Penalties**

We are required by law to charge any applicable penalties.

**Failure-to-file**

*WRONG* (handwritten)

| | Calculated date | Months late | Unpaid amount | Penalty rate | Amount |
|---|---|---|---|---|---|
| Failure-to-file | 09/15/2017 | 05 | $11,457.00 | 4.50% | $3,023.32 |
| Total failure-to-file | | | | | $3,023.32 |

| Notice | CP22A |
|---|---|
| Tax Year | 2016 |
| Notice date | July 27, 2020 |
| Social Security number | |
| Page 3 of 6 | 29H |

## Penalties — continued

We assess a 5% monthly penalty for filing your return late for each month or part of a month the return is late, for up to 5 months. When a penalty for paying late applies for the same month, the amount of the penalty for filing late for that month is reduced by the amount of the penalty for paying late for that month. The penalty for paying late is 1/2% for each month or part of a month. We base the monthly penalty for filing late on the tax required to be shown on the return that you didn't pay by the original return due date, without regard to extensions. We base the monthly penalty for paying late on the net unpaid tax at the beginning of each penalty month following the payment due date for that tax. When an income tax return is more than 60 days late, the minimum penalty is $205 or 100% of the tax required to be shown on the return that you didn't pay on time, whichever is less. (Internal Revenue Code section 6651)

Note: The penalty amount shown here may differ from the amount shown on Page 1. The computation shown here may include late payment penalty on amounts due before the adjustment.

### Failure to pay proper estimated tax    *WRONG*

| Description | Amount |
|---|---|
| Total failure to pay proper estimated tax | $290.78 |

When you don't pay enough taxes due for the year with your quarterly estimated tax payments and you don't have enough withholding, we charge a penalty for not properly estimating your tax. For information about estimated tax requirements, download Instructions for Form 2210 or Tax Withholding and Estimated Tax (Publication 505) from www.irs.gov or call us for a copy. (Internal Revenue Code section 6654)

Note: The penalty amount shown here may differ from the amount shown on Page 1. The computation shown here may include late payment penalty on amounts due before the adjustment.

### Failure to pay

| Date received | Months late | Unpaid amount | Penalty rate | Amount |
|---|---|---|---|---|
| 01/15/2020 | 40 | $13,437.00 | 0.50% | $2,687.40 |
| Total failure-to-pay | | | | $2,687.40 |

*I'm owed a refund of $8,435*

Continued on back...

| Notice | CP22A |
|---|---|
| Tax Year | 2016 |
| Notice date | July 27, 2020 |
| Social Security number | |
| Page 6 of 6 | |

**Additional information —— continued**

* You can contact us by mail at the address at the top of this notice. Be sure to include your Social Security number, the tax year, and the form number you are writing about.
* Keep this notice for your records.

If you need assistance, please don't hesitate to contact us.

Plaintiff's Exhibit 3



| Home | Get Refund Status | Refund Help | Take Survey | Log Out |

**Your Personal Tax Data**

## Refund Status Results



**Social Security Number or IRS Individual Taxpayer Identification Number:**

We cannot provide any information about your refund. Be sure to:

**Filing Status: Single**

- verify your filing date;
- check with your tax preparer

**Your Expected Refund Amount: $8,435.00**

If you filed a complete and accurate tax return, your refund should be issued within six weeks of the received date. However, processing may take longer under certain circumstances.

IRS Privacy Policy

Plaintiff's Exhibit 4

# 1040 U.S. Individual Income Tax Return

Department of the Treasury—Internal Revenue Service   (99)

**2018**   OMB No. 1545-0074   IRS Use Only—Do not write or staple in this space.

**Filing status:** ☑ Single ☐ Married filing jointly ☐ Married filing separately ☐ Head of household ☐ Qualifying widow(er)

| Your first name and initial | Last name | Your social security number |
|---|---|---|
| Lucas E | Wall | |

Your standard deduction: ☐ Someone can claim you as a dependent ☐ You were born before January 2, 1954 ☐ You are blind

| If joint return, spouse's first name and initial | Last name | Spouse's social security number |
|---|---|---|

Spouse standard deduction: ☐ Someone can claim your spouse as a dependent ☐ Spouse was born before January 2, 1954

☐ Spouse is blind ☐ Spouse itemizes on a separate return or you were dual-status alien

☑ Full-year health care coverage or exempt (see inst.)

| Home address (number and street). If you have a P.O. box, see instructions. | Apt. no. | Presidential Election Campaign (see inst.) |
|---|---|---|
| 439 10TH ST NE | | ☑ You ☐ Spouse |

City, town or post office, state, and ZIP code. If you have a foreign address, attach Schedule 6.

WASHINGTON, DC 20002

If more than four dependents, see inst. and ✓ here ►

**Dependents (see instructions):**

| (1) First name   Last name | (2) Social security number | (3) Relationship to you | (4) ✓ if qualifies for (see inst.): |
|---|---|---|---|
| | | | Child tax credit / Credit for other dependents |

**Sign Here**

Joint return? See instructions. Keep a copy for your records.

Under penalties of perjury, I declare that I have examined this return and accompanying schedules and statements, and to the best of my knowledge and belief, they are true, correct, and complete. Declaration of preparer (other than taxpayer) is based on all information of which preparer has any knowledge.

| Your signature | Date | Your occupation | If the IRS sent you an Identity Protection PIN, enter it here (see inst.) |
|---|---|---|---|
| | 11-1-20 | Disabled | |
| Spouse's signature. If a joint return, both must sign. | Date | Spouse's occupation | If the IRS sent you an Identity Protection PIN, enter it here (see inst.) |

**Paid Preparer Use Only**

| Preparer's name | Preparer's signature | PTIN | Firm's EIN | Check if: |
|---|---|---|---|---|
| | | | | ☐ 3rd Party Designee |
| Firm's name ► | | Phone no. | | ☐ Self-employed |
| Firm's address ► | | | | |

For Disclosure, Privacy Act, and Paperwork Reduction Act Notice, see separate instructions.   Cat. No. 11320B   Form **1040** (2018)

Form 1040 (2018)   Page 2

| | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| | 1 | Wages, salaries, tips, etc. Attach Form(s) W-2 | | | b Taxable interest | 1 | 25,632 | 52 |
| Attach Form(s) W-2. Also attach Form(s) W-2G and 1099-R if tax was withheld. | 2a | Tax-exempt interest . | 2a | | b Taxable interest | 2b | | |
| | 3a | Qualified dividends . | 3a | | b Ordinary dividends | 3b | | |
| | 4a | IRAs, pensions, and annuities . | 4a | | b Taxable amount | 4b | | |
| | 5a | Social security benefits . | 5a | 25,778 | 00 | b Taxable amount | 5b | 8,237 | 00 |
| | 6 | Total income. Add lines 1 through 5. Add any amount from Schedule 1, line 22 | | | | | 6 | 33,769 | 52 |
| | 7 | Adjusted gross income. If you have no adjustments to income, enter the amount from line 6; otherwise, subtract Schedule 1, line 36, from line 6 | | | | | 7 | 33,769 | 52 |
| Standard Deduction for— • Single or married filing separately, $12,000 • Married filing jointly or Qualifying widow(er), $24,000 • Head of household, $18,000 • If you checked any box under Standard Deduction, see instructions. | 8 | Standard deduction or itemized deductions (from Schedule A) | | | | | 8 | 12,000 | 00 |
| | 9 | Qualified business income deduction (see instructions) | | | | | 9 | | |
| | 10 | Taxable income. Subtract lines 8 and 9 from line 7. If zero or less, enter -0- | | | | | 10 | 21,769 | 52 |
| | 11 | a Tax (see inst.)  2,423 check if any from: 1 ☐ Form(s) 8814  2 ☐ Form 4972  3 ☐ | | | | | | | |
| | | b Add any amount from Schedule 2 and check here ▶ ☐ | | | | | 11 | 2,423 | 00 |
| | 12 | a Child tax credit/credit for other dependents       b Add any amount from Schedule 3 and check here ▶ ☐ | | | | | 12 | | |
| | 13 | Subtract line 12 from line 11. If zero or less, enter -0- | | | | | 13 | 2,423 | 00 |
| | 14 | Other taxes. Attach Schedule 4 | | | | | 14 | | |
| | 15 | Total tax. Add lines 13 and 14 | | | | | 15 | 2,423 | 00 |
| | 16 | Federal income tax withheld from Forms W-2 and 1099 | | | | | 16 | 2,544 | 00 |
| | 17 | Refundable credits:  a EIC (see inst.)       b Sch. 8812       c Form 8863 | | | | | | | |
| | | Add any amount from Schedule 5 | | | | | 17 | | |
| | 18 | Add lines 16 and 17. These are your total payments | | | | | 18 | 2,544 | 00 |
| Refund | 19 | If line 18 is more than line 15, subtract line 15 from line 18. This is the amount you overpaid | | | | | 19 | 121 | 00 |
| | 20a | Amount of line 19 you want refunded to you. If Form 8888 is attached, check here ▶ ☐ | | | | | 20a | 121 | 00 |
| Direct deposit? See instructions. | ▶ b | Routing number | | | | ☑ Checking  ☐ Savings | | | |
| | ▶ d | Account number | | | | | | | |
| | 21 | Amount of line 19 you want applied to your 2019 estimated tax  ▶  21 | | | | | | | |
| Amount You Owe | 22 | Amount you owe. Subtract line 18 from line 15. For details on how to pay, see instructions  ▶ | | | | | 22 | | |
| | 23 | Estimated tax penalty (see instructions)  ▶  23 | | | | | | | |

Go to www.irs.gov/Form1040 for instructions and the latest information.

Form 1040 (2018)

Plaintiff's Exhibit 5

# LUCAS WALL

435 10th St., NE
Washington, DC 20002-6119
Phone: 202-351-1735
E-Mail: Lucas.Wall@yahoo.com

November 1, 2020

Department of the Treasury
Internal Revenue Service
Kansas City, MO 64999-0010

Dear IRS:

I filed my 2018 income-tax return April 11, 2020, however I have not received my refund due of $121. Please direct deposit my $121 refund into my listed Wells Fargo checking account immediately. Thank you for resolving this oversight.

Yours truly,

Lucas Wall

# LUCAS WALL

435 10th St., NE
Washington, DC 20002-6110
Phone: 202-351-1735
E-Mail: Lucas.Wall@yahoo.com

November 1, 2020

Department of the Treasury
Internal Revenue Service
Ogden, UT 84201-0002

Dear IRS:

I filed my 2018 income-tax return April 11, 2020, however I have not received my refund due of $121. Please direct deposit my $121 refund into my listed Wells Fargo checking account immediately. Thank you for resolving this oversight.

Yours truly,

Lucas Wall

Plaintiff's Exhibit 6



| Home | Get Refund Status | Refund Help | Take Survey | Log Out |
|---|---|---|---|---|

**Your Personal Tax Data**

**Social Security Number**
or IRS Individual Taxpayer
Identification Number:

**Filing Status:**
Single

**Your Expected Refund Amount:**
$121.00

IRS Privacy Policy

# Refund Status Results 

We cannot provide any information about your refund. Be sure to:

- verify your filing date;
- check with your tax preparer

If you filed a complete and accurate tax return, your refund should be issued within six weeks of the received date. However, processing may take longer under certain circumstances.



**SUPERIOR COURT OF THE DISTRICT OF COLUMBIA**
CIVIL DIVISION, Small Claims and Conciliation Branch
510 4th Street, N.W., Building B, Room 120
Washington, D.C. 20001 Telephone (202) 879-1120

## PLAINTIFF'S REQUEST FOR INITIAL HEARING DATE

Plaintiffs have a right to an initial hearing within 30 days after they file their Statement of Claim. To allow sufficient time for service, Plaintiffs may instead request an initial hearing within 60 days after initiation.

Court rules require Plaintiffs to provide proof of service at least 7 days before the initial hearing. Service must be completed within 15 days of filing when a Defendant is the District of Columbia or an officer or agency of the District. Plaintiffs should request a date that allows sufficient time to serve Defendant.

☐ I expect to provide proof of service to the Court in no more than 53 days and request an initial court date within 60 days.

&#9646; I expect to provide proof of service to the Court in no more than 23 days and request an initial court date within 30 days.

Plaintiffs who do not provide proof of service at least 7 days prior may ask the court to reschedule the initial hearing date, and explain why they did not file proof of service at least 7 days before the initial hearing, and how they plan to serve the Defendant at least 7 days before any rescheduled date.

*Plaintiff/Agent (Sign and Print Name):*  Lucas Wall

*Date:*  July 19, 2021



# SUPERIOR COURT OF THE DISTRICT OF COLUMBIA
Civil Division – Small Claims and Conciliation Branch
510 4th Street, N.W., Court Building B, Room 120, Washington, D.C. 20001
Telephone Number: (202) 879-1120 Website: www.dccourts.gov

Lucas Wall
_____
**Plaintiff(s)**

v.

Internal Revenue Service & United States of America
_____
**Defendant(s)**

*(The information collected on this form is used solely for court administration and statistical purposes.)*

---

Lucas Wall
_____
**Name** *(please print or type)*

_____
**Firm Name** *(if applicable)*

202-351-1735
_____
**Telephone No.**                          **Bar. No.**

**Relationship to Lawsuit**:
☐ Attorney for Plaintiff  ☒ Self (Pro Se / No Attorney)
☐ Other: _____

**Service Method**:
☒ Certified Mail by Clerk (How many?  2  )
　☐ *With Restricted Delivery (check if applicable)*
☐ Registered Mail by Clerk (How many? _____ )
　☐ *With Restricted Delivery (check if applicable)*
☐ Special Process Server (You must file an Application for Approval of Special Process Server)

---

Do you need an interpreter? ☐ Yes ☒ No   *If yes, which language(s)?* _____

---

Amount in Controversy: ☐ $1 - $500  ☐ $500.01 - $2,500  ☒ $2,500.01 - $10,000
Pending or re-filed case(s) related to the action being filed:

Case No.: _____   Case No.: _____

---

**NATURE OF SUIT:** *(Check ONE box only that most accurately describes your primary case)*

**A. CONTRACTS** – a claim based on an agreement between parties made either orally or in writing

☐ Breach of Contract       ☐ Breach of Warranty       ☐ Personal Property
☐ Negotiable Instrument    ☐ Loan                     ☐ Rent Due
☐ Unpaid Wages             ☐ Services Rendered        ☐ Security Deposit
☒ Debt Suit Unpaid Tax Refunds  ☐ Home Improvement Contract  ☐ Oral

**B. PROPERTY TORTS** – a claim for an injury or wrong committed on the property of another

☐ Automobile           ☐ Conversion                ☐ Shop Lifting
☐ Property Damage      ☐ Destruction of Property   ☐ Trespass

**C. PERSONAL TORTS** – a claim for an injury or wrong committed on the person of another

☐ Assault and Battery  ☐ Personal Injury               ☐ Libel and Slander  ☐ Slip and Fall
☐ Automobile           ☐ Fraudulent Misrepresentation  ☐ Negligence

**D.** ☐ **UNIFORM ARBITRATION ACT** – an action based on an arbitration agreement
**E.** ☐ **SUBROGATION** – a claim filed by one person in the place of another

**F.** ☐ **FOREIGN JUDGMENT (DOMESTIC)** – judgment, decree or order filed from another jurisdiction
**G.** ☐ **COLLECTION** – a claim filed by a seller / lender to collect a consumer debt

**H.** ☐ **FOREIGN JUDGMENT (INTERNATIONAL)** – judgment, decree or order filed from another country

**I.** ☐ **MEDICAL MALPRACTICE** – a claim against a healthcare provider for professional misconduct
Have you given notice of intention to file your lawsuit 90 days prior to filing? ☐ Yes ☐ No

**SUPERIOR COURT**
**OF THE DISTRICT OF COLUMBIA**
**WASHINGTON, D.C. 20001**

**OFFICIAL BUSINESS**
**PENALTY FOR MISUSE**

7018 0360 0000 2714 6061

U.S. POSTAGE    PITNEY BOWES

ZIP 20001
02 1W
0001402431 JUL 22 2021

CERTIFIED

Civil Division
JUL 2 7 20
US Attorney's Office

INTERNAL REVENUE SERVICE
USAO CIVIL PROCESS CLERK
555 4TH STREET., N.W.
WASHINGTON, DC 20530

2021 SC3 000681

X-RAYED
JUL 2 7 2021
DOJ MAILROOM