IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| LUCAS WALL, | ) |
| | ) Case No. 1:21-cv-02202 |
| Plaintiff, | ) |
| | ) |
| v. | ) |
| | ) |
| INTERNAL REVENUE SERVICE AND | ) |
| UNITED STATES OF AMERICA, | ) |
| | ) |
| Defendants. | ) |
| | ) |

**DEFENDANTS' MEMORANDUM OF POINTS AND AUTHORITIES IN OPPOSITION TO PLAINTIFF'S MOTION FOR LEAVE TO FILE AMENDED PLEADING**

The United States of America and Internal Revenue Service ("IRS"), by their undersigned counsel, respectfully request that the Court deny the Plaintiff's motion for leave to file an amended complaint. Plaintiff failed to comply with the Local Civil Rules, which require a party to file a proposed pleading as amended with its motion for leave to file an amended pleading. As a result, Defendants are unable to state a position on the merits of the amended complaint.

### BACKGROUND

On September 30, 2021, Defendants moved to dismiss this action under Federal Rule of Civil Procedure 12(b)(1). On October 1, 2021, the Court issued an Order directing Plaintiff to respond to the motion to dismiss on or before November 1, 2021. On November 1, 2021, the Plaintiff filed a motion for leave to file an amended complaint.[1]

---

[1] Defendants wish to update the Court about recent events regarding Plaintiff's 2016 tax liabilities. The IRS abated the majority of the tax previously assessed for 2016 and issued a refund to Plaintiff on or about November 5, 2021 for the full amount Plaintiff seeks in his (continued...)

## ARGUMENT

Under Local Civil Rule 7(i), a "motion for leave to file an amended pleading shall be accompanied by an original of the proposed pleading as amended." *See also* Local Civil Rule 15.1.  The United States opposes Plaintiff's motion for leave to amend because he failed to comply with Local Civil Rules 7(i) and 15.1.

The United States is unable to state a position on the merits of the amended complaint or whether the Court should grant Plaintiff leave to amend his complaint as it is unable to determine whether it would be futile since a proposed amended complaint was not filed with the motion.

For the foregoing reasons, Defendants respectfully request that the Court deny Plaintiff's motion for leave to file an amended complaint.

Dated:  November 15, 2021                           Respectfully submitted,

                                                    DAVID A. HUBBERT
                                                    Acting Assistant Attorney General

                                                    */s/ Kristina M. Portner*
                                                    KRISTINA M. PORTNER
                                                    D.C. Bar Number 1002793
                                                    Trial Attorney, Tax Division
                                                    U.S. Department of Justice
                                                    P.O. Box 227
                                                    Washington, D.C. 20044
                                                    Tel: 202-514-0451
                                                    Fax: 202-514-6866
                                                    kristina.m.portner@usdoj.gov

                                                    *Counsel for the United States of America*

---

complaint and associated interest.  Counsel is currently investigating the basis for the tax abatement and whether the abatement and the resulting tax refund were erroneous.  If a determination is made that they were erroneous, the United States may seek to recover the refund under 26 U.S.C. § 7405 either as a counterclaim in this case or in a new lawsuit.

## **CERTIFICATE OF SERVICE**

I certify that on November 15, 2021, I electronically filed the foregoing Defendants' Memorandum of Points and Authorities in Opposition to Plaintiff's Motion for Leave to File Amended Pleading and Proposed Order with the Clerk of Court using the CM/ECF system, which will send notification of such filing to Plaintiff.

                                                  */s/ Kristina M. Portner*
                                                  KRISTINA M. PORTNER
                                                  Trial Attorney
                                                  United States Department of Justice, Tax Division