UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| **LUCAS WALL,** | : | |
| | : | |
|    Plaintiff, | : | |
| | : | Case No. 21-cv-2202-JMC |
| v. | : | |
| | : | District Judge Jia Cobb |
| **INTERNAL REVENUE SERVICE *et al.*,** | : | |
| | : | |
|    Defendants. | : | |

### PLAINTIFF'S MOTION TO COMPEL DEFENDANTS TO PRODUCE IRS
### LETTER & TO SHOW CAUSE WHY THIS LAWSUIT SHOULD NOT BE DISMISSED

COMES NOW plaintiff, *pro se*, and moves for an order compelling Defendants Internal Revenue Service ("IRS") and United States of America to: A) produce the letter IRS sent me last month that I haven't received; B) if that letter does not show my account balance as zero, to produce a declaration testifying to the IRS' current belief of my tax balance; and C) to show cause why this case shouldn't be dismissed because IRS has paid my two tax refunds that are the subject of the Statement of Claim.

As noted in my reply to the defendants' opposition to my Motion for Leave to File Amended Complaint (Doc. 12), filed Nov. 22, I recently received a check from Defendant IRS for all the money I demanded in this lawsuit plus interest. Ex. 1. Therefore, the defendants' opposition to my motion to file an Amended Complaint is bizarre because this case appears to be over.

I filed my Motion for Leave to File Amended Complaint on Nov. 1. Doc. 9. Shortly thereafter, my housemates in Washington informed me a letter from the IRS had arrived. Ex. 2. Since I am out of town for an extended period of time looking after my mother in Florida, I asked them to forward the letter. However, I have never received it. It's possible the U.S. Postal Service returned the letter to the IRS if forwarding of tax documents is not permitted. Otherwise, it appears to be lost in the mail.

About a week later, my housemates told me a check from the IRS arrived. Ex. 1. I quickly contacted defense counsel Kristina Portner advising her of the letter and check. I told her the letter was missing in the mail and asked her to send me a copy by e-mail. She has failed to do so.

I asked my housemate to open the check and forward it to me using Priority Mail with tracking. She photographed the check. Ex. 1. I e-mailed Ms. Portner again Nov. 11:

> "One of my housemates opened the check I received from the IRS. It is for $8,937.69, representing my 2016 refund owed of $8,435 plus the 2018 refund owed of $121 and interest of $381.69.  All I need now from you is a letter confirming the IRS no longer claims I owe it money for 2016 and that my total account balance is zero, then we can draft a joint stipulation of dismissal and attach the letter as an exhibit. Of course it would also be nice to get a letter of apology from IRS for delaying my refunds for so long, but I won't hold my breath for that one."

I finally heard back from Ms. Portner on Nov. 15 when she wrote: "I'm currently investigating the refund." Instead of getting a response from Ms. Portner about a joint stipulation to dismiss this case, I was stunned when she filed later Nov. 15 an opposition to my Motion for Leave to File Amended Complaint. Doc. 11. In the opposition, Ms. Portner oddly wrote:

> "Defendants wish to update the Court about recent events regarding Plaintiff's 2016 tax liabilities. The IRS abated the majority of the tax previously assessed for 2016 and issued a refund to Plaintiff on or about November 5, 2021, for the full amount Plaintiff seeks in his complaint and associated interest. Counsel is currently investigating the basis for the tax abatement and whether the abatement and the resulting tax refund were erroneous. If a determination is made that they were erroneous, the United States may seek to recover the refund under 26 U.S.C. § 7405 either as a counterclaim in this case or in a new lawsuit." *Id*.

It appears the left hand of the government doesn't know what the right hand is doing. The IRS paid my 2016 and 2018 tax refunds that I was owed and added interest. Ex. 1. I asked Ms. Portner for a letter confirming my balance with the IRS is now zero so we can settle this case by filing a joint stipulation of dismissal. Then Ms. Portner wastes this Court's time by filing an opposition in which she, as counsel for IRS, states she "is currently investigating the basis for the tax abatement and whether the abatement and the resulting tax refund were erroneous." Doc. 11. Ms. Portner is now trying to play the role of IRS commissioner in questioning the proper refund of the tax overpayments I made in 2016 and 2018.

2

Furthermore, she is obstructing this proceeding by failing to provide me a copy of the lost letter the IRS sent me, which presumably informed me it had corrected its errors in claiming I owed it money for 2016 and instead properly issued a check for my missing 2016 and 2018 refunds.

The Court should compel the defendants to file that letter in the record to show if indeed the IRS has fully resolved my refund demands and that my current account balance is zero. I also ask the Court to order the defendants to show cause why this case should not be dismissed since I have been made whole. All I'm waiting for to enter a stipulation of dismissal is a letter confirming the IRS has resolved my account and I don't owe it a penny. Then this matter doesn't need to take another minute of the Court's time. It's perplexing that the IRS appears to have agreed to settle this case by paying my two refunds in full with interest, yet nobody at the agency bothered to tell the government's counsel, Ms. Portner, about this.

Pursuant to LCvR 7(m), I discussed this motion via e-mail Nov. 23 with Ms. Portner, counsel for Defendants IRS and United States of America. Ms. Portner informed me that "I am still waiting to receive information from the IRS relating to the basis for the refund and the letter mailed to you, and depending on what I learn from the IRS, I might be agreeable to entering a joint stipulation of dismissal. But until I hear from the IRS I cannot do anything concerning dismissal of the case or the letter you have requested."

WHEREFORE, I request the Court enter the attached proposed order granting this motion. The government should be compelled within 14 days of the entry of the order to: A) produce the IRS letter it sent me that was returned to it or is lost in the mail; B) if that letter does not show my account balance as zero, to produce a declaration testifying to the IRS' current belief of my tax balance; and C) to show cause for why this case should not be dismissed.

Respectfully submitted this 24th day of November 2021.

*Lucas Wall*
Lucas Wall, plaintiff
435 10th St., NE
Washington, DC 20002
Telephone: 202-351-1735
E-Mail: Lucas.Wall@yahoo.com

4