UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| LUCAS WALL, | ) |
| | ) Case No. 21-cv-2202 |
| Plaintiff, | ) |
| | ) |
| v. | ) |
| | ) |
| INTERNAL REVENUE SERVICE & | ) |
| UNITED STATES OF AMERICA, | ) |
| | ) |
| Defendants. | ) |

## JOINT STIPULATION OF DISMISSAL

Pursuant to Fed.R.Civ.P. 41(a)(1)(A)(ii), Plaintiff Lucas Wall, *pro se*, and Defendants Internal Revenue Service and United States of America, by counsel, hereby stipulate to the dismissal of this action without prejudice. The IRS has fulfilled Mr. Wall's request to produce account statements confirming his amount due for tax years 2016 and 2018 are both zero. Ex. 1. Each party shall bear its own costs and fees.

March 3, 2022

/s/ Lucas Wall
LUCAS WALL, plaintiff
435 10th St., NE
Washington, DC 20002
Tel: 202-351-1735
Lucas.Wall@yahoo.com

February 23, 2022

/s/ Kristina M. Portner
KRISTINA M. PORTNER
D.C. Bar Number 1002793
Trial Attorney, Tax Division
U.S. Department of Justice
P.O. Box 227
Washington, D.C. 20044
Tel: 202-514-0451
Fax: 202-514-6866
kristina.m.portner@usdoj.gov

Counsel for the Defendants